IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                     Plaintiff,                  ORDER

    v.

                                                      10-cr-175-bbc

SHAON ARCH,

                    Defendant.
_____

It is ORDERED that not later than December 22, 2011, the United States Attorney's Office, the United States Department of Justice and the United States Bureau of Prisons shall file under seal and shall serve on both parties in this case a copy of the entire record of FMC-Springfield's proceedings and decision to administer anti-psychotic drugs involuntarily to defendant Shaon Arch pursuant to "C.F.R. 549.43" as reported in the November 23, 2011 letter of Warden Jan D. Castillo.

      Entered this 14th day of December, 2011.

                                          BY THE COURT:

                                          /s/

                                          STEPHEN L. CROCKER
                                          Magistrate Judge